UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Damion "Divine Desire" Cole
(Plaintiff/Petitioner)

v.

Pat Quinn, Governor, State of Illinois,
S.A. Godinez, Director, Illinois Department of Correction,
Gladyse Taylor, Assistant Director, Illinois Department of Correction,
Ty Bates, Southern Director, Illinois Department of Correction,
Sherry Benton, Administrator, Office of Inmate Issue (IDOC)
Jaclyn O'Day, Chief of constituent Services (IDOC)
Donald K. Gaetz, Warden, Pinckneyville Correctional Center,
David Rednour, Assistant Warden, Pinckneyville Correctional Center,
Earl Wilson, Assistant Warden, Pinckneyville Correctional Center,
Kathy Deen, Grievance Officer, Pinckneyville Correctional Center,
Huntman, Counselor, Pinckneyville Correctional Center,
William Picharny, Major, Pinckneyville Correctional Center,
Derrick Cleland, Major, Pinckneyville Correctional Center,
Jason Bradly, Lieutenant, Pinckneyville Correctional Center,
Williams, Lieutenant, Pinckneyville Correctional Center,
Jon Comp, Sergeant, Pinckneyville Correctional Center,
Brett Klindworth, Lieutenant, Pinckneyville Correctional Center,
James Reaves, Psychologist, Pinckneyville Correctional Center,
Tracy Epplin, Psychologist, Pinckneyville Correctional Center,
Ty Wallace, Psychologist, Pinckneyville Correctional Center,
Mark Basolo, Officer, Pinckneyville Correctional Center,
Marcus Myers, Officer, Pinckneyville Correctional Center,
Carol McBride, Officer, Pinckneyville Correctional Center,
Tammy Herman, Nurse, Pinckneyville Correctional Center,
Combtree, Officer, Pinckneyville Correctional Center,
Graves, Officer, Pinckneyville Correctional Center,
Samchzak, Officer, Pinckneyville Correctional Center,
Clerk, Officer, Pinckneyville Correctional Center,
Hurlow, Officer, Pinckneyville Correctional Center,
James, Officer, Pinckneyville Correctional Center,
Prue John, Officer, Pinckneyville Correctional Center,
Culliver, Officer, Pinckneyville Correctional Center,
Ramsey, Officer, Pinckneyville Correctional Center,
Defendant/Respondent

Individually and in their official capacities.

Civil Action No. 12-1686-MJR

Complaint

1 07 29

# I. JURISDICTION

1) This is a civil action authorized by 42 U.S.C. section §1983 to redress the deprivation under color of state law, of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C section 1331 and 1343 (a)(3). Plaintiff "Kivine" claims for injunctive relief are authorized by 28 U.S.C section 2283 & 2284 and rule 65 of the federal Rules of Civil Procedures.

2) The Southern District Court of Illinois is an appropriate venue under 28 USC section 1391(b)(2) because it is where the events giving rise to this claim occured.

A. PLAINTIFF:

Plaintiff "Kameon" "Kivine "Kesire" Cole is and was at all times mentioned herein a prisoner of the state of Illinois. Illinois Department Of Corrections (IDOC). She is currently confined in Pontiac Correctional Center.
Kameon" Kivine "Kesire" Cole #R13404
700 W. Lincoln st P.O. BOX 99
Pontiac, IL 61764

Defendant #1
B Defendant Pat Quinn, is employed as
Governor with State of Illinois
207 state house, Springfield, IL 62706
At the time the claim alleged this complaint arose, this defendant was employed by the state, local government.
Defendant Pat Quinn is the Governor of the state of Illinois and the head of (I.D.O.C)

2 OF 29

1. Defendant #2

C Defendant   S.A. Godinez,   is employed as
Director (I.D.O.C) with State of Illinois Department
corrections. 1301 Conardia ct. P.O. Box 19277, Springfield IL 62744-1277
At the time the claim alleged this complaint arose, this defendant was employed
by the state, local government.
Defendant S.A Godinez is the director of the Illinois Department
of Corrections (IDOC)


Defendant #3

1) Defendant   Gladys Taylor   is employed as
Assistant Director  with Illinois Department of Corrections
100w.st Randolph st ste 4-200 Chicago, IL 60601.
At the time the claim alleged this complaint arose, this defendant was employed
by the state, local government.
Defendant Gladys Taylor is the director of the Illinois Department
of Corrections (IDOC)


Defendant #4

E v Defendant   Ty Bates   is employed as
Southern Region Deputy Director with Illinois Department
of Corrections 2809 w. Main st suite 128, Marion, IL 62959
At the time the claim alleged this complaint arose, this defendant was employed
by the state, local government.
Defendant Ty Bates is the director of the Illinois Department
Of Corrections (IDOC)


3 of 29

F. Defendant ___ Sherry Benton is employed as ___
___ Administrator Officer, Office of inmate issues with Illinois
Department Of Corrections. 1301 Concorde ct. P.O. Box 19277 springfield,
IL 62794-9277 ___
At the time the claim alleged this complaint arose, this defendant was employed
by the state, local government. ___
Defendant Sherry Benton is the administrator for the Office of inmate
issues of (I.D.O.C) ___

Defendant #6

G. Defendant ___ Jaclyn O'Day is employed as ___
___ Chief of Constituent Services with Illinois Department
Of Corrections, 1301 Concordia ct. P.O. Box 19277 Springfield, IL 62794-
9277.
At the time the claim alleged this complaint arose, this defendant was employed
by the state, local government.
Defendant Jaclyn O'Day is the chief of constituent Services of
(I.D.O.C)

Defendant #7

H. Defendant ___ Konald C. Gaetz is employed as ___
___ Head Warden/Chief Administrative Officer with
Illinois Department Of Corrections, Pinckneyville Corrections. 5835 state Route
154, P.O.Box 999, Pinckneyville, IL 62274.
At the time the claim alleged this complaint arose, this defendant was employed
by the state, local government.
Defendant Konald Gaetz is the Head Warden/Chief Administrative Officer of
Pinckneyville Corrections.

4 of 29

DEFENDANT #8

I   Defendant  David Rednour   is employed as
                    Assistant Warden   with (I DOC) Pinckneyville Corrections
                    5835 state Route 154, P.O.BOX 999 Pinckneyville IL 62274
At the time the claim alleged this complaint arose, this defendant was employed
by the state local government.
Defendant David Rednour is the Assistant Warden for (I.DOC) Pinckneyville
Corrections.


DEFENDANT #9

J   Defendant   Earl Wilson   is employed as
                    Assistant Warden   with (I.DOC). Pinckneyville Corrections
                    5835 state Route 154, P.O.Box 999 Pinckneyville IL 62274
At the time the claim alleged this complaint arose, this defendant was employed
by the state local government.
Defendant Earl Wilson is the Assistant Warden for (I.DOC) Pinckneyville
Corrections.


DEFENDANT #10

K   Defendant   Kathy Deen   is employed as
                    Grievance Officer   with (I.DOC) Pinckneyville Corrections
                    5835 state Route 154, P.O.Box 999 Pinckneyville IL 62274
At the time the claim alleged this complaint arose, this defendant was employed
by the state local government.
Defendant Kathy Deen is the grievance officer for (I.DOC) Pinckneyville
Corrections.


5 of 29

Defendant #11

L. Defendant  William Pickering  is the employed as
              Major / Correctional Guard  with  Pinckneyville Center
              5835 State Route 154, P.O.Box 999 Pinckneyville IL 62274
At the time the claim alleged this complaint arose, this defendant was employed
by the state, local government.
Defendant William Pickering is the Major / Correctional Guard for Pinckneyville
Corrections.


Defendant #12

M. Defendant  Derrick Cleland  is employed as
              Major / Correctional Guard  with  Pinckneyville Corrections.
              5835 State Route 154, P.O. Box 999 Pinckneyville, Il 62274
At the time the claim alleged this complaint arose, this defendant was employed
by the state, local government.
Defendant William Pickering is the Major / Correctional Guard for Pinckneyville
Corrections.


Defendant #13

N. Defendant  Jason Bradly  is employed as
              Lieutenant / Internal Affairs / Correctional Guard  with
              Pinckneyville Correctional 5835 State Route 154, P.O.Box 999
              Pinckneyville IL 62274
At the time the claim alleged this complaint arose, this defendant was employed
by the state, local government.
Defendant Jason Bradly is the Lieutenant of Internal Affairs of Pinckneyville
Corrections.


6 OF 29

DEFENDANT #14

O. Defendant    Brett Klindworth    is employed as
                        Lieutenant/Chair Person/Correctional Guard    with
                        Pinckneyville Correction (I.D.O.C) 5835 State Route 154.
                        P.O. Box 999, Pinckneyville IL 62274

At the time the claim alleged this complaint arose, this defendant was employed
by the state local government.
Defendant Brett Klindworth is the Lieutenant/Chair person of the Adjustment
Committee at Pinckneyville Corrections.


DEFENDANT #15

P. Defendant    Williams    is employed as
                        Lieutenant/Correctional Guard with Pinckneyville
                        Correctional (I.DOC) 5835 STATE ROUTE 154, P.O. Box 999
                        Pinckneyville Il 62274

At the time the claim alleged this complaint arose, this defendant was employed
by the state local government.
Defendant Williams is the lieutenant of Pinckneyville Corrections.


DEFENDANT #16

Q. Defendant    Jon Camp    is employed as
                        Sargeant/Correctional Guard with Pinckneyvill Corrections
                        (I.D.O.C.) 5835 State Route 154, P.O. Box 999
                        Pinckneyville IL 62274

At the time the claim alleged this complaint arose, this defendant was
employed by the state local government.
Defendant Jon Camp is the Sergeant of Pinckneyville Corrections.


7 of 29

DEfENDANT #17

R    Defendant James Reeves is employed as
                 Psychologist with (I.D.O.C) Pinckneyville Connectors
                 5835 State Route 154, P.O. Box 999 Pinckneyville, IL 62274
At the time the claim alleged this complaint arose, this defendant was employed
by the state local government
Defendant James Reeves is the Psychologist for Pinckneyville Corrections.


DEfENDANT #18

S    Defendant (Tracy Epplin    is employed as
                 Psychologist/ Mental Health Service   with (I.D.O.C) Pinckneyville
                 Corrections 5835 State Route 154, P.O. Box 999 Pinckneyville I 62274
At the time the claim alleged this complaint arose, this defendant was employed
by the state local government.
Defendant Tracy Epplin is the Mental Health Service for Pinckneyville Corrections.


DEfENDANT #19

T    Defendant Ty Wallace  is employed as
                 Psychologist/Mental Health Service   with (I.D.O.C.) Pinckneyville
                 Corrections 5835 State Route 154, P.O. Box 999 Pickneyville I 62274
At the time the claim alleged this complaint arose, this defendant was employed
by the state local government.
Defendant Ty Wallace is the Mental Health Service for Pinckneyville Corrections


8 of 29

Defendant #20

U   Defendant        Mark Basolo, is employed as
                     Correctional Guard with Pinckneyville Corrections
                     5835 State Route 154, P.O. Box 999 Pinckneyville
                     IL 62274

At the time the claims alleged this complant arose, this defendent was employed
by the state local government.
Defendant Mark Basolo is the Correctional Guard with Pinckneyville Corrections.


Defendant #21

V   Defendant        Marcus A Myers   is employed as
                     Correctional Guard   with Pinckneyville Corrections
                     5835 State Route 154 P.O. Box 999 Pinckneyville
                     IL 62274

At the time the claims alleged this complant arose, this defendent was employed
by the state local government.
Defendant Marcus A Myers is a Correctional Guard with Pinckneyville Corrections


Defendant #22

W   Defendant   Carol McBride   is employed as
                Correctional Guard   with Pinckneyville Corrections
                5835 State Route 154, P.O. Box 999 Pinckneyville ~~Corrections~~
                IL 62274

At the time the claims alleged this complant arose, this defendent was employed
by the state local government.
Defendant Carol McBride is a Correctional Guard with Pinckneyville
Corrections


90989

DEFENDANT #23

X Defendant Tammy Harmon is employed as
Nurse with (I DOC) Pinckneyville Correction
5835 State Route 154, PO Box 999 Pinckneyville Il 62274

At the time the claims alleged this complaint arose, this defendant is employed
by the state local government.
Defendant Tammy Harmon is the Nurse for Pinckneyville Correctional.

DEFENDANT #24

4 Defendant Crabtree is employed as
Correctional Guard with (I.D.O.C) Pinckneyville Corrections
5835 State Route 154, PO Box 999 Pinckneyville Il 62274
At the time the claims alleged this complaint arose, this defendant is employed
by the state local government.
Defendant Crabtree is the Correctional Guard Pinckneyville Corrections.

DEFENDANT #25

2 Defendant Graves is employed as
Correctional Guard with (I.D.O.C) Pinckneyville Corrections
5835 State Route 154, P.O. Box 999 Pinckneyville Il 62274
At the time the claims alleged this complaint arose, this defendant is employed
by the state local government.
Defendant Graves is the Correctional Guard Pinckneyville Corrections,

DEFENDANT #26

AA   Defendant    Semplishky    is employed as
Correctional Guard   with (I.D.OC) Pinckneyville
Corrections 5835 state Route 154, P.O. Box 999
Pinckneyville IL 62274

At the time the claims alleged this complaint arose, this defendant was employed
by the state local government.
Defendant Semplishky is a Correctional Guard for Pinckneyville Corrections.


DEFENDANT #27

AB   Defendant    Clark    is employed as
Correctional Guard   with (I.D.OC) Pinckneyville Corrections
5835 state Route 154, PO Box 999 Pinckneyville IL 62274

At the time the claims alleged this complaint arose, this defendant was employed
by the state local government.
Defendant Clark is a Correctional Guard for Pinckneyville Corrections.


DEFENDANT #28

AC   Defendant   Forlow    is employed as
Correctional Guard   with (I.DOC) Pinckneyville Corrections
5835 State Route 154, P.O. Box 999 Pinckneyville IL 62274

At the time the claim alleged this complaint arose, this defendant was employed
by the state local government.
Defendant Forlow is a Correctional Guard for Pinckneyville Corrections


11 of 29

DEfENDANT # 24

AD Defendant James is employed as
Correctional Guard with E.U.0.0 Pinckneyville Corrections
5835 State Route 154, PO, Box 999 Pinckneyville IL 62274

At the time the claims allegde this complaint arose, this defendent was employed
by the state local government.
Defendent James is a Correctional Guard for Pinckneyville Corrections

DEfENDANT # 30

AE Defendent Kuebke is employed as
Correctional Guard with E.D.O.C) Pinckneyville Corrections
5835 state Route 154, PO. Box 999 Pinckneyville IL 62274
At the time the claims allegde this complaint arose, this defendent was employed by the state
local government.
Defendent Kuebke is a correctional Guard for Pinckneyville Corrections.

DEfENDANT # 31

A7 Detendent Collier is employed as
Correctional Guard with CI.DOC) Pinckneyville
Correctional 5835 state Route 154, PO. Box 999
Pinckneyville IL 62274
At the time the claims alleyde this complant crose, this defendent was employed by
the local government.
Defendent Collier is a Correctional Guard for Pinckneyville Corrections

12 of 29

DEtENDANT #32

AB    Defendant    Ramsey   is employed as
                   Correctional Guard   with (I DOC) Pinckneyville
                   Corrections 5835 state Route 154, P.O. Box 999 Pinckneyville
                   IL 62274

At the time the claims alleged this complaint, this defendant was employed by the
State local government.

Defendant Ramsey is a Correctional Guard for Pinckneyville Corrections.

## INDEX

37 pages of EXHIBITS
29 pages of the original complaint
66 pages Total.

## II  PREVIOUS LAWSUITS

A. No other lawsuits are being pursued in state or federal court relating to my imprisonment.

## III  GRIEVANCE PROCEDURE

A. There is a prisoner grievance procedure in the institution.

B. All the facts have been related and stated in the prisoner Grievance procedure concerning this complaint.

C. After writing all facts relating to this complaint on a designated grievance form, it was then sent to the counselor.

   2. The grievances were denied, while several other's went ignored.

D. Grievances that were ignored by the institution were refiled and sent directly to the office of inmate issues.

E. Even with the grievance procedure letters were written to prison authorities, such The Director, Assistant Director, the southern region Deputy Director and the Warden.

F. The assistant Director and Deputy responed and denied me any help.

14 of 29

H. All Exhibits which are included in order.

1) Administrative Review Boards Office of Inmates Issues final decision. Deny of Grievance's as "Exhibits A & B".

2) Xeroxed copies of the letter sent to the Director, Assistant Director and Southern Region Director as "Exhibits C".

3) **Four** copies of final summary reports from the adjustment committee as "Exhibits D".

4) Xeroxed copies of grievance's that went unanswered by both Pinckneyville Corrections and Administrative Review Board Office of Inmate Issues as "Exhibits 7-K".

5) Xeroxed copies of letter's sent the warden as "Exhibits L".

6) Four declarations each written in their own handwriting and statement's relating to this complaint as "Exhibits M".

7) The original letter sent from the Chief Constituent Services as "Exhibits N".

8) The original letter sent from Ty Bates (Defendant) as "Exhibits O".


# IV   STATEMENT OF CLAIM

1) At all times relevant to this complaint Plaintiff Dameon "Divine Desire" Cole a flamboyant openly known homosexual, who carries herself as a female. She was housed at Pinckneyville Correctional Center. Who also goes by Ms. Divine or Ms. D.

2) On September 16, 2011 while housed at Pinckneyville Correctional Center, refused housing due to threats received from her cellmate and the unwillingness of staff not wanting to move her.

3) On September 30, 2011, Plaintiff Irvine drafted a grievance concerning the living arrangements for (GBTG) inmates.

4) The administration has sent forth a policy that allows them to house (GBTQ) inmates with, none (GBTQ) which cause and starts fights as well as assaults.

5) The administration of Pinckneyville Correction being, Governor Pat Quinn, Director of (I. DOC) Illinois Department Of Corrections, S.A Goodner Assistant Director of (I.D.OC) Gladys Taylor, Southern Region Deputy Director W. Bates, Chief of Constituent Services (IDOC) Jacklyn O'Day, Administrator of Office of Inmate Issues (IDOC) Sherry Benton, Head Warden Donald W. Gaetz, Assistant Warden of Operations Earl Wilson, and Assistant Warden of Programs David Rednour.

6) All Defendants previously stated were notified by grievance, and letter of the related complaint.

7) On December 21, 2011 a grievance was denied by defendants Counselor Hartman and Grievance Officer Kathy Deen both who are employee's of Pinckneyville Correctional Center. This grievance was then toward do the Administrative Review Board Office of Inmates Issues. A) In accordance with the 20 Ill Administrative Code 504. (SEE EXHIBIT-A)

Note: The grievance procedures gives inmates the voice to seek relief from any issues that may arouse during an inmates stay in (I.D.OC). Counselor Hartman and Grievance Officer Kathy Deen continuously take that voice away by denying all grievances.

16 OF 29

8) After pleading with correctional Guards to move "Divine" from cell 2D55 where she and her then cellmate was not getting along, she was then told to fuck or fight. "Divine" continuously asked for assistants, she then in desperation sought relief in refusing housing.

9) (GBTQ) vulnerable inmates are forced in cells were men who are homophobic and violent towards those inmates that's (GBTQ), Gay, Bi-sexual, Transexual, Queer.

10) Around October another inmate Disciplinary report was written for intimdation and threats to another inmate. Never seeing the adjustment committee i was found guilty and sentence to four months segregation. Upon seeing the adjustment committee's final summary this summary said "Divine" plead guilty. Defendant Carol McBride was the Chair person and Defendant Bercush Myers.

B) A)    Clause #2

11) On December 12,2011 while still housed in segregation for the previous charges. "Divine" was assigned inmate Lara as a cellmate. Upon seeing "Divine" Lara recognized "Divine" as a homosexual. After entering the cell inmate Lara immediately began pressuring me "Divine" for oral sex.

12) "Divine" then got the attention of Correctional Guards and notified staff of the situation. For four consecutive days "Divine's" pleas went ignored.

13) On December 15, 2011 "Divine" went on suicide watch, to get out of the cell with Lara.

17 0724

14) While on suicide watch Defendant Tracy Epplin spoke to "Divine" to see why she was on suicide watch. "Divine" informed Ms. Epplin of her current situation.

15) Tracy Epplin then went to internal affairs, Defendants Lieutenant Jason Bradley and investigator Furlow of the situation. Who in turn notified the assistant Warden of Operations Earl Wilson and Major William Pickering.

16) At an interview conducted by investigator Defendant Furlow on the previous issue stated above, at that time "Divine" then requested Protective Custody and/or a change of status "vulnerable". Defendant Furlow then told "Divine" that he would send an outlook to Defendant Dr. Reeves through off institutional computer.

17) No grievance was written on how staff handled the situation.

18) On the 19th of December another inmate whose name is unknown was assigned to live in cell A 77 (5) house were inmate "Divine" was living. Again this inmate upon seeing "Divine" asked for sex, after being denied the request this inmate then refused housing and went on suicide watch.

19) Upon information and belief this unknown inmate and inmate Lara was incarcerated for rape charges.

Note: According to 730 ILCS 5/3-32 and 20ILCS 504.620, Section 05, subsection 03 subject 107 of the Administrative Directive, states the following. Prior to housing two offenders in a cell, the respective Lieutenant or Chief Administrative Officer (Warden) shall review the Doc 0303 for each offender.

18 of 29

The review shall consider compatibility Contraindications such as difference in age, or physical size, security threat group affiliation, projected release dates, security issues, medical or mental health concerns, history of violence with cell mates, and racial issues. (Grievance denied on Feb. 21, 2012) SEE EXHIBIT B

20) None of witch the administration of Pinckneyville goes by.

## Clause #3

21) January 16, 2012 "Divine" was released from segregation to general population. Where upon arriving to her assigned cell house 3 "C" wing, cell #79. An unknown inmate who occupied the cell befor "Ms Divine's" arrival recognized her.

22) This unknown inmate then told her "Divine" she couldn't stay there, if they " meaning the guards" didn't move her then they would move both of them or us, while he " the unknown inmate" was putting on his gym shoes as if he was ready to fight.

23) During "Divines" schedule day room time this inmate and "Divine" went to there unit officer C/o Collier also a defendant and told him the situation.

24) Defendant C/o Collier called Defendant C/o investigator Clark of internal affairs, he was told of the situation. Defendant Clark then said either for "Divine" to deal w/ it or walk herself.

25) "Divine" once again was left with no help from correctional guards, seeking relief once again in refusing housing. Befor "Divine" refused housing she called her father and notified him of what officals were doing to her.

26) During "Divine's" phone conversation with her father "Lt Sempliasky" turned the phones off, then told "Divine" to cuff up because she refused housing. "Divine" never stated that she was refusing housing. "Divine" then told Sempliasky also a detendont that she will be suing him for forcing her to refuse housing instead of simply recalling her.

27) Defendent Sempliasky said verbatim so can't no judge do nothing to me, it wont be the first time somebodies tried to suit me and it damn sure wont be the last. (Disciplinary Repor see exhibits E, and Grievance see Exhibit F). (Also see Exhibit-H)

28) "Divine" repeatedly requested for protective custody and or vulnerable status and was constently being denying by the administration.

Clause #4

29) On February 23, 2012 Defendent Ruebke working recewing segregation stopped at "Divines" cell door, during count and made a comment. " Your dressed for the gay parade". .

30 Laughing at his insaulting joke while walking away. A few minutes later Ms. "Divine" was holding a conversation with another inmate Altredick Carr, Ruebke came back a second time and stated " It smells lick dick, your still not in P.C. homosexual". (See Grievance Exh. b, t G)

20 of 29

31) Defendant's Ramsey and Marcus A. Myers came walking down receiving segregation and both made insulting comments towards her "Divine" only after she asked C/o Marcus A. Myers did he or Lieutenant Brett Klindsworth put her in for a transfer, since they held the hearing of her disciplinary report without her being there.   (SEE EXHIBIT - G)

Note: According to 20 Illinois administrive code section 504.80 a), which states the following "The adjustment committee hearing shall be convened but need not be concluded within (14) days after the commission of the offense by an adult offender or whenever possible, unless the offender has received a continuance or is unable or unavailable for any reason to participate in the hearing. For purpose of this section, when an investigation has taken place, an offense is considered to be discovered upon the conclusion of the investigation. Inability to participate includes the absence of the offender from the facility for any reason or certification by the healthcare staff that the offender is unable to appear.

32) None of which was the case with "Divine". Defendant Ramsey looked at Defendant Marcus A. Myers and then stated "At least I don't like it up the ass, I like pussy you faggot". Then Defendant Marcus A. Myers said "A P.C. bitch, bring your fag ass out to population and stop trying to suck dicks".

33) March 3, 2012 a grievance was written requesting protective custody and or vulnerable status, as well as an interview that was conducted by Defendant Jason Brady for protective custody.

21 OF 29

34) On february 24th, 2012 Defendent Lieutenent Jason Brady whose over the Internal Affairs committee Conducted an interview with "Ms. Divine," who told Lieutenant Brady that she feared for her safety, how she's not trying to have sex with other inmates while in prison.

35) "Divine" Tatter went on to state inmates think just because she conceives herself to be a girl and carry feminine traits and characteristic's that she's suppose to have sex with anybody at there beck and call. Immediately after the interview Defendant Lieutenant Jason Brady refused to place her in protective custody and or Vulnerable status.

36) It was then told to her verbatim "Dr. Reekes another Defendant didn't think i. fit the criteria of an Vulnerable inmate."

Note: Pinckneyville Corrections has a Vulnerable system in place and all or most of the inmates who are on Vulnerable states are Violent inmates.

37) Defendant's Pat Quinn, S.A. Godinez, Gladys Taylor were and Tw Bakes were all notified through numerous of letter's sent to them.

38) Defendants Donald Gaetz, Ward Redman, Earl wilson were all notified through the grievance procedure. (see exhibit's I and D.1)

Clause #5

22 of 29

39) On February 25th C/o Ramsey while working receiving segregation unit, during the passing out of lunch trays this C/o else a Defendant stopped by "Divine's" cell and said "hey Cole how's your ass"

40) After asking C/o Ramsey why he was coming at her "Divine" litie that Ramsey then stated "haven't you heard im half indian and white"

41) On the 26th of February again C/o Ramsey working receiving segregation, ignored all of "Divine's" request for segregation pens and grievances.

42) Later that same day C/o Ramsey approached "Divine's" door with his hand on his crotch and told what was suppose to be a joke, an insult. "How many faps dees it take to screw in a light bulb, twelve cause there all busy screwing each other". (SEE GRIEVANCE EXHIBIT I)

43) After "Divine's" second hausal refusing on the 16th of January, I was seen by Internal Affairs Defendant Furlow, again the request for vulnerable status was placed to the Psychiatric team. No one from the psych department. Defendant's Psychologist Dr. James Reeves, Mental Health Service Tracy Eppling, and Mental Health Service Ty Wallace, came to talk to me about vulnerable status.

44) On March 5, 2012 "Divine" wrote a grievance on not being seen by the Psychiatric team. "Divine" was taking and still is taking Psychotroic medicine. (SEE GRIEVANCE EXHIBIT-J)

23 of 29

45) On March 6, 2012 Defendant Crabtree working receiving segregation, during his inmate count the defendant ordered "Ms. Divine" to get out of her bunk and strip. After not complying with the order, Crabtree then threaten her with leaving her light on all night and calling the Lieutenant.

46) Defendant C/o Graves then followed behind C/o Crabtree with those same unorthodox orders, then left my light on all night because i would not strip. (SEE Grievance Exhibit-h).

Note: According to 730 ILCS 5/3-2-2 and 775 ILCS 5/1-101, Administrative Directive section 03, subsection 01, subject 310 "Sexual Harassment" II.7.1 D. states the following: "Verbal conduct such as sexual innuendos, suggestive comments, insults, humor or jokes about sex, anatomy, or gender-specific traits, sexual propositions, threats, repeated requests for dates, or statements about other employees, even outside of their presence, of a sexual nature.

47) On March 5, 2012 "Divine" started writing letters to the Defendant Ronald K. Goetz for an entire weeks notifying him of staff conduct and requesting protective custody. (SEE EXHIBIT-L)

48) On March 9, 2012 "Divine" was then moved from a single cell where she was held since the 27 of January, to a double cell where inmate Chase Draper #S11979 was placed in the cell with her. Mr. Draper then told her that he was homophobic.

29 09 29

49) On March 9, 2012 Mr. Draper and "Divine" both started notifying Lieutenant Williams on Defendant, Defendant Sergent Hicks Defendant Internal Affairs James and a host of other Correctional Guard's who done nothing. (SEE GRIEVANCE EXHIBIT-K, Declaration of inmate Draper EXHIBIT-M)

## Clause #6

50) On March 17, 2012 Defendant Sergent Jon A. Camp wrote a fraudulent disciplinary report on "Divine" stating that she "Divine" said, " I'm going to beat your fucking asss" (SEE Adjustment committee final summary repor EXHIBIT· D).

51) On March 23, 2012 the adjustment committee telsafied paper, holding a hearing while i'm in my cell, without me being present even, and, said i plee guilty to the charges, sentencing me to two more months of segregation.

52) Never did i have a chance to give any statement nor defend myself, on no I.D.R did i ever see the board except for my first and second house refuseal.

53) Exactly six days later On March 24 Defendant Nurse Tammy R. Harmon wrote yet another fraudulent Inmate Disciplinary Report (IDR). In her report Tammy states that "Divine" was masturbating thru the chuck hole at her. (see Grievance EXHIBIT-K)

54) On April 2, 2012 again the adjustment committee holds at another hearing with out my presence and again the adjustment committee clamed I plea guilty and sentence me to six months segregation, six months loss of good time, six months of c grade.

Note: The Adjustment Committee in Pinckneyville Corrections is always Lieutenant Brett Klindworth, Chair person, Marcus A. Myers, or on March 17 2012 Carol A. McBride was apparently in for Marcus Myers. Also notice how they said i plead guilty to every charge not willing to fight any of them.

55) Officer Carol McBride who was a lieutenet as well as Marcus Myers and Lieutenant Brett Klindworth all know "Divine" who is biologically male feels, acts and carry's herself as a woman.

56) On May 18th 2012 a letter from the office of Defendant Joclyn O'Day chief of Constituent Services, was sent to "Ms Divine" telling her that the Assistant Director Gladys Taylor fowarded her letter over to their office, making all parties very well aware of what's going on.

57) Ms O'day states that all housing assignments are not made on a non-discriminatory manner and are not based on race, religion, nationality or political beliefs.   (SEE EXHIBIT-N

26 OF 29

Note: The Administrative Directive 05.03.107

States 7. J "The review shall consider compatibility contraindications such as difference in age or size, security threat groups affiliation, projected Release Dates, Security issues, medical or mental health concerns, history of Violence with cellmates, and Racial Issues.

58) On the 19th of March Ty Bates sent a letter of response to me denying me protective custody saying i'm trying to manipulate cell status. (see Exhibit-C) (also see Exhibit-C)

## V LEGAL CLAIMS

59) Plaintiff reallge and incorporates by reference paragraphs 1-58. all defendents fail to protect and adequatelly house "Diane", violating her Eighth Amendment to the United States Constitution.

60) Defendents S. A Godinez, Gladys Taylor, Ty Bates, Sherry Benton Jaclyn O'day, Donald Geetz, Nevid Rednur, Carl Wilson, William Pickenny, Wemck Cleland, Jason Bradly, and Dr. Reeves all had the power to make any necessary changes and moves that would have prevented her from being pressured and forcing her to refuse housing. Which is a failure to protect, which is a direct violations of her eighth fourteenth Amendment right.

22 0929

61) Wetendant's Collier, Jempliasky Marcus Myers, Clark, Turbw, Ruebke, Ramsey, Tracy Epplin, Ty Wallace, Hartman, Kathy Deen and Carol McBride were all made aware of "Kivine's" request along with Jason Brady, Kerrick Cleland, William Pickering, Donald Goetz, David Redyour, Carl Wilson and S.A Godmez, for Protective Custody all denied her in oneway or the other which violated her Fourteenth and Eighth Amendment. (DUE Process and EQual Protection, cruel and unusual punishment).

62) Wekndent's Hartman, Kathy deen, Sherry Benton and Winald Graetz all denied her grievances which is her voice while incarcerated. Violeting her First Amendment (freedom of speech)

63) Wefendant's Marcus Myers, Ruebke, Ramsey, Crabtree, Graves, Jon Camp, Tammy Harmon all verbally assaulted Kivine and or written false report which is a violation of her fourth Amendment. (The right of the people to be secure in their person)

64) Plantff "Kivine" has no plan adequate or complete remedy at law to redress the wrongs described herein "Kivine" has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plantff seeks.

28 C7 29

## VI PRAYER FOR RELIEF

65) Granting Plantiff "Divine" a declaration that the acts and omissions described herein violates her rights under the Constitution and laws of United States, and

66) a preliminary and permanent injunction ordering defendants, Pat Quinn, S.A. Godinez, and Gladys Taylor and Ty Bates. to change the policy on housing homosexuals with anybody.

67) Granting Plantiff "Divine" compensatory damages in the amount of $200.000 against each defendant, jointly and severally.

68) Plantiff "Divine" seeks punitive damages in the amount of $140.000 against each defendant, jointly and severally.

69) Plantiff seeks a jury trial on all issues triable by jury

70) Plantiff also seeks recovery of their costs in this suite and

71) Any additional relief this court deems just, proper and equitable.

72) Plaintiff also seeks judgment for I Doc not to rebuile Plantiff for payment of incarceration.

Respectfully Submitted
Dameon Cole #R13404
Pontiac Correctional Center
700W. Lincoln P.O. Box 99
Pontiac IL 61764

29 0 #29